**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6222**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES DOOMS,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-98-37, CA-00-947-7)

───────────

Submitted:  July 20, 2001            Decided:  August 1, 2001

───────────

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

James Lorenzo Dooms, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Lorenzo Dooms seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Dooms, Nos. CR-98-37; CA-00-947-7 (W.D. Va. Dec. 6, 2000); United States v. Sanders, 247 F.3d 139, 142 (4th Cir. 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2